UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jonathan M. Dean,

    Plaintiff,

-vs-

Oakland County Sheriff's
Department, et al.,

    Defendants.

_____/

Case No. 24-10251

Hon. Shalina D. Kumar
United States District Judge

# **ORDER**

Upon review of this case, in which a current or former prisoner challenges conditions of confinement, it appears to the Court that it was erroneously assigned a Civil Nature of Suite Code 440, which applies to non-prisoners, rather than Civil Nature of Suit Code 555, which applies to conditions of confinement.

IT IS THEREFORE ORDERED that the Clerk's Office will change the Civil Nature of Suit Code from 440 to 555.

Any objections to this Order must be filed within seven (7) days.

Dated: June 17, 2024

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge